JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CUNNINGHAM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE DISTRIBUTION, INC., a Virginia corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 5:17-cv-01989-JGB (SHK)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>[Filed concurrently with the The Joint Stipulation]<br><br>Complaint Filed: July 14, 2017<br>Trial Date: None<br>Judge: Hon. Jesus G. Bernal |

# ORDER

Pursuant to the stipulation between the parties, and for good cause appearing, the Court ORDERS that all claims for relief in the above-captioned action brought by Plaintiff Lawrence Cunningham are hereby dismissed in their entirety and with prejudice. Each party is to bear that party's own costs and attorney fees.

**IT IS SO ORDERED.**

DATED: April 6, 2018

Hon. Jesus G. Bernal
United States District Court
Central District of California

33271958.1